CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7177
FAX: (415) 436-7234
molly.friend@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KUN LI, *et al.*,<br><br>                    Plaintiffs,<br><br>        v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>                    Defendant. | Case No. 5:25-cv-08322-VKD<br><br>**JOINT STATUS REPORT AND STIPULATED REQUEST TO CONTINUE THE STAY OF PROCEEDINGS; [PROPOSED] ORDER**<br><br> Re:  Dkt. No. 17 |

        Pursuant to the Order granting the parties' Stipulated Request to Stay Proceedings, Dkt. No. 16, the parties submit this joint status report.  The Court's Order stayed these proceedings until April 7, 2026, to all Defendant United States Citizenship and Immigration Services ("USCIS") additional time to adjudicate Plaintiffs' motions to reopen administrative proceedings regarding their Form I-829, Petition by Investor to Remove Conditions on Permanent Resident Status.

        USCIS reports that it needs additional time to complete the adjudication of Plaintiffs' motions. Accordingly, the parties have agreed, subject to the Court's approval, to extend the stay for an additional two weeks, until April 21, 2026.  At that time the parties will file a further joint status report with the Court and may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this

case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.

Dated: April 3, 2026                                Respectfully submitted[1],

                                                    CRAIG H. MISSAKIAN
                                                    United States Attorney


                                                    /s/ Molly A. Friend*
                                                    MOLLY A. FRIEND
                                                    Assistant United States Attorney
                                                    Attorneys for Defendants


Dated: April 3, 2026

                                                    /s/ Michael Chen
                                                    MICHAEL CHEN
                                                    Michael Chen Law Offices, PLLC
                                                    Attorney for Plaintiffs

*In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

**[PROPOSED] ORDER**

Pursuant to stipulation, IT IS SO ORDERED.


Date:   April 6, 2026

                                                    HON. VIRGINIA K. DEMARCHI
                                                    United States Magistrate Judge

---

1

JOINT STATUS REPORT; [PROPOSED] ORDER
Case No. 5:25-cv-08322-VKD                          2