CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7177
FAX: (415) 436-7234
molly.friend@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

KUN LI, *et al.*,

                    Plaintiffs,

          v.

UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICES,

                    Defendant.

Case No. 5:25-cv-08322-VKD

**JOINT STATUS REPORT AND STIPULATED REQUEST TO CONTINUE THE STAY OF PROCEEDINGS; [PROPOSED] ORDER**

Re:  Dkt. No. 19

          Pursuant to the Order granting the parties' Stipulated Request to Stay Proceedings, Dkt. No. 18, the parties submit this joint status report.  The Court's Order stayed these proceedings until April 21, 2026, to allow Defendant United States Citizenship and Immigration Services ("USCIS") additional time to adjudicate Plaintiffs' motions to reopen administrative proceedings regarding their Form I-829, Petition by Investor to Remove Conditions on Permanent Resident Status.

          The parties report that the application of one of the plaintiffs, Yuan Fang, and two derivatives, has been approved.  Counsel needs additional time to confer with USCIS regarding the status of the remaining Plaintiffs' motions.  Accordingly, the parties have agreed, subject to the Court's approval, to extend the stay for an additional two weeks, until May 5, 2026.  At that time the parties will file a further joint status report with the Court and may request a further continuance of the stay of proceedings,

JOINT STATUS REPORT; [PROPOSED] ORDER
Case No. 5:25-cv-08322-VKD                1

dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.

Dated: April 21, 2026                                Respectfully submitted,

                                                     CRAIG H. MISSAKIAN
                                                     United States Attorney


                                                      /s/ Pamela T. Johann*
                                                     PAMELA T. JOHANN
                                                     Assistant United States Attorney
                                                     Attorneys for Defendants


Dated: April 21, 2026

                                                      /s/ Michael Chen
                                                     MICHAEL CHEN
                                                     Michael Chen Law Offices, PLLC
                                                     Attorney for Plaintiffs

*In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

**[PROPOSED] ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:   April 22, 2026

HON. VIRGINIA K. DEMARCHI
United States Magistrate Judge

JOINT STATUS REPORT; [PROPOSED] ORDER
Case No. 5:25-cv-08322-VKD                2