Michale Chen (CA SB#218863)
Michael Chen Law Offices
2975 Huntington Dr. Ste 101
San Marino, CA 91108
Tel: 626-249-2002
Email: michael@michaelchenlaw.com
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KUN LI, *et al.*,<br><br>Plaintiffs,<br><br>v.<br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>Defendant. | Case No. 5:25-cv-08322-VKD<br><br>**JOINT STATUS REPORT AND STIPULATED REQUEST TO CONTINUE THE STAY OF PROCEEDINGS; ~~[PROPOSED~~] ORDER**<br><br>Re: Dkt. No. 29 |

Pursuant to the Order granting the parties' Stipulated Request to Stay Proceedings, Dkt. No. 28, the parties submit this joint status report. The Court's Order stayed these proceedings to allow Defendant United States Citizenship and Immigration Services ("USCIS") additional time to meet and confer regarding Plaintiffs' Form I-829, Petition by Investor to Remove Conditions on Permanent Resident Status.

In their previous filings, the parties reported that the application of one of the plaintiffs, Yuan Fang, and two derivatives, has been approved. Since the parties' last status report, they have made significant progress toward an administrative resolution of the remaining matters. USCIS has reopened the remaining I-829 cases and anticipates (but cannot guarantee) that it will adjudicate those matters within 60 days. Accordingly, the parties have agreed, subject to the Court's approval, to continue the stay through October 30, 2026, which will provide approximately one week after USCIS's anticipated adjudication date for the parties to evaluate the agency's action and determine whether dismissal or

further proceedings are appropriate. On or before October 30, 2026, the parties will file a further joint status report and may request dismissal of the litigation if appropriate, a further continuance of the stay, or placement of the case back on the Court's active docket. Continued stay of proceedings will conserve the parties' and the Court's resources while USCIS completes the anticipated adjudications.

Dated: August 26, 2026

Respectfully submitted,
CRAIG H. MISSAKIAN
United States Attorney

*/s/ Pamela T. Johann**
PAMELA T. JOHANN
Assistant United States Attorney
Attorneys for Defendants

Dated: August 26, 2026

*/s/ Michael Chen*
MICHAEL CHEN
Michael Chen Law Offices, PLLC
Attorney for Plaintiffs

**In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.*

**~~[PROPOSED]~~ ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: August 27, 2026

HON. VIRGINIA K. DEMARCHI
United States Magistrate Judge